*D. O'Sullivan* and *Louis H. Salinger* for petitioners. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 436. CENTRAL VERMONT RAILWAY, INC., *v.* KIERCE, ADMINISTRATRIX; and

No. 437. SAME *v.* PEARSON, ADMINISTRATOR. October 21, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace H. Powers* for petitioner. *Mr. Ernest W. Gibson* for respondent in No. 436. *Mr. Sol Gelb* for respondent in No. 437.

No. 438. QUIGLEY *v.* UNITED STATES. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Eugene D. O'Sullivan* and *Charles J. Southard* for petitioner. *Solicitor General Reed, Assistant Attorney General Keenan,* and *Mr. David V. Cahill* for the United States.

No. 485. SECESH DREDGING, MINING & MILLING CO., INC., *v.* CARREY ET AL. See *ante,* p. 544.

No. 466. CAHILL *v.* MAYFLOWER BUS LINES, INC. ET AL. October 28, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied for the reason that application for the writ of certiorari was not made within the time provided by law. Section 8 (a) Act of February 13, 1925 (43 Stat. 936, 940), U. S. Code, Title 28, § 350. *Warshauer* v. *Lloyd Sabaudo S. A.,* 293 U. S. 610; *Medhurst* v. *The South*